IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

CONSERVATION CONGRESS, a non-profit )
corporation;                         )
                                     )
        Plaintiff,                   )
                                     ) Case No. 2:13-CV-0832-LKK-DAD
        v.                           )
                                     )
UNITED STATES FOREST SERVICE, an     )
administrative agency of the United States )
Department of Agriculture,           )
                                     )
        Federal Defendant.           )
                                     )

ORDER SETTING BRIEFING DATES AND HEARING ON
PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER

The Court is in receipt of the Parties Stipulation to Set Briefing Dates and Hearing on Plaintiff's Motion for Temporary Restraining Order.  The Court hereby ORDERS as follows:

1. If the Forest Service accepts a bid on the Project, Federal Defendant's response in opposition to Plaintiff's motion for a temporary restraining order is due May 24.

2. If the Forest Service does not accept a bid on the Project, Federal Defendant will inform Plaintiff on May 24 and the parties will file a stipulation with the Court on that day.

3. A hearing on Plaintiff's motion for Temporary Restraining Order is scheduled for May 30, 2013 at 10:00 a.m. in Sacramento, California.

IT IS SO ORDERED.

Dated:  May 21, 2013.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT