IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSERVATION CONGRESS, a non-profit corporation;<br><br>　　Plaintiff,<br><br>v.<br><br>UNITED STATES FOREST SERVICE, an administrative agency of the United States Department of Agriculture,<br><br>　　Federal Defendant. | Case No. 2:13-CV-0832-LKK-DAD |

ORDER ON THE PARTIES' STIPULATION REGARDING PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER

The Court is in receipt of Plaintiff's Motion for a Temporary Restraining Order. The Court hereby ORDERS as follows:

1. Federal Defendant's response brief is not due today;
2. The May 30, 2013 hearing date is hereby vacated; and
3. The Parties will file a Joint Status Report with the Court on May 28.

IT IS SO ORDERED.

Dated this 24th of May, 2013.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT