IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSERVATION CONGRESS, a non-profit corporation;<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES FOREST SERVICE, an administrative agency of the United States Department of Agriculture,<br><br>    Federal Defendant. | Case No. 2:13-CV-0832-LKK-DAD |

ORDER ON THE PARTIES' STIPULATION REGARDING
PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER AND
EXPEDITED BRIEFING ON THE MERITS

The Court is in receipt of the Parties' Stipulation Regarding Plaintiff's Motion for Temporary Restraining Order and Expedited Briefing on the Merits.  The Court hereby ORDERS as follows:

1. Plaintiff's cross-motion for summary judgment is due May 31, 2013;
2. Federal Defendant's response in opposition and cross-motion for summary judgment is due June 7;
3. Plaintiff's response and reply is due June 13;
4. Federal Defendant's reply is due June 19;
5. A hearing on the Parties' cross-motions for summary judgment is set for July 1, 2013 at 10:00 a.m.
6. Plaintiff's May 20, 2013 motion for a temporary restraining order, ECF No. 10, is withdrawn.

IT IS SO ORDERED.

Dated this 30th of May, 2013.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT