IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSERVATION CONGRESS, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 2:13-CV-0832-LKK-DAD |
| UNITED STATES FOREST SERVICE, | ) |
| Federal Defendant | ) |

ORDER SETTING BRIEFING DATES AND HEARING ON
FEDERAL DEFENDANT'S MOTION TO STRIKE EXTRA-RECORD DOCUMENTS

The Court is in receipt of the Federal Defendant's Motion to Strike Extra-Record Documents and the Parties' Stipulation to Shorten Time on this motion. The Court hereby ORDERS as follows:

1. Plaintiff's response in opposition to Federal Defendant's Motion to Strike Extra-Record evidence is due June 14, 2013.

2. Federal Defendant's reply in support of Federal Defendant's Motion to Strike Extra-Record evidence is due June 21, 2013.

3. A hearing on Federal Defendant's motion to strike extra-record evidence is scheduled for July 1, 2013 in Sacramento, California at 10:00 a.m.

IT IS SO ORDERED.

Dated this 11th of June, 2013.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT