IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

CONSERVATION CONGRESS,   )
                         )
    Plaintiff,           )
                         )
    v.                   )
                         )  Case No. 2:13-CV-0832-LKK-DAD
                         )
UNITED STATES FOREST SERVICE,  )
                         )
    Federal Defendant.   )
                         )
                         )

**ORDER**

The Court is in receipt of Federal Defendant's Unopposed Motion to Modify the July 12 Order to Allow Hazard Tree Abatement as Described in the July 12 Notice. The Court hereby ORDERS that this Court's July 12 Order (ECF No. 34) is modified to allow the work as described in Federal Defendant's Notice (ECF No. 33) to proceed.

IT IS SO ORDERED.

Dated this 19th of July, 2013.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT