UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CONSERVATION CONGRESS,

        Plaintiff,

    v.

UNITED STATES FOREST SERVICE,

        Defendant.
_____/

NO. CIV. S-13-0832 LKK/DAD

O R D E R

    Plaintiff has filed a request for a Temporary Restraining Order enjoining defendant "from conducting ground-breaking activities until the Court issues its Order in this matter." ECF No. 46. The court has issued its Order enjoining the Project. ECF No. 47 (Order, September 6, 2013).

    Accordingly, plaintiff's request is DENIED as moot.

    IT IS SO ORDERED.

    DATED: September 10, 2013.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1