ROBERT G. DREHER
Acting Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice

MARY HOLLINGSWORTH (AZ 027080)
Trial Attorney, Wildlife and Marine Resources Section
JOHN P. TUSTIN (TX 24056458)
Trial Attorney, Natural Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Tel:   (202) 305-0324 (Hollingsworth)
       (202) 305-3022 (Tustin)
Fax:   (202) 305-0275 (Hollingsworth)
       (202) 305-0506 (Tustin)

BENJAMIN B. WAGNER
United States Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSERVATION CONGRESS, a non-profit corporation;<br><br>  Plaintiff,<br><br>  v.<br><br>UNITED STATES FOREST SERVICE, an administrative agency of the United States Department of Agriculture,<br><br>  Federal Defendant. | Case No. 2:13-CV-0832-LKK-DAD |

STIPULATION REGARDING THE NOVEMBER 4 HEARING
ON FEDERAL DEFENDANT'S MOTION TO ALTER JUDGMENT

Stipulation re: Nov. 4 hearing

1   The parties, by and through their attorneys of record, respectfully submit the following
2   stipulation regarding the November 4 hearing on Federal Defendant's Motion to Alter Judgment.
3   Federal Defendant filed a motion to alter judgment on October 1 and noticed the hearing
4   for November 4.  ECF No. 50-52.  Plaintiff filed its response in opposition on October 20 (ECF
5   No. 53), and Federal Defendant filed its reply in support on October 25.  ECF No. 54.  The
6   motion to alter judgment is now fully briefed.
7   Pursuant to Local Rules 143 and 230(g), the parties stipulate that the motion may be
8   submitted upon the record and briefs on file and request that the November 4 hearing date be
9   vacated.  A proposed order is attached hereto.

Respectfully submitted on this 28th day of October, 2013.

*On behalf of Plaintiff:*          */s/  (with permission)*
                                   ERIK B. RYBERG
                                   ryberg@seanet.com
                                   P.O. Box. 2013
                                   Tucson, AZ  85702
                                   Tel:     (520) 784-8665


*On behalf of Federal Defendant:*  ROBERT G. DREHER
                                   Acting Assistant Attorney General
                                   Environment & Natural Resources Division
                                   United States Department of Justice

                                   */s/  John P. Tustin*
                                   MARY HOLLINGSWORTH (AZ 027080)
                                   Trial Attorney, Wildlife and Marine Resources Section
                                   JOHN P. TUSTIN (TX 24056458)
                                   Trial Attorney, Natural Resources Section
                                   Ben Franklin Station, P.O. Box 7611
                                   Washington, D.C. 20044-7611
                                   Tel:     (202) 305-0324 (Hollingsworth)
                                            (202) 305-3022 (Tustin)
                                   Fax:     (202) 305-0275 (Hollingsworth)
                                            (202) 305-0506 (Tustin)

                                   BENJAMIN B. WAGNER
                                   United States Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSERVATION CONGRESS, a non-profit corporation;<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES FOREST SERVICE, an administrative agency of the United States Department of Agriculture,<br><br>    Federal Defendant. | Case No. 2:13-CV-0832-LKK-DAD<br><br>ORDER REGARDING THE NOVEMBER 4 HEARING ON FEDERAL DEFENDANT'S MOTION TO ALTER JUDGMENT |

The Court is in receipt of the parties' Stipulation Regarding the November 4 Hearing on Federal Defendant's Motion to Alter Judgment.

IT IS HEREBY ORDERED that Federal Defendant's Motion to Alter Judgment is submitted upon the record and briefs on file. It is further ordered that the November 4 hearing is VACATED.

IT IS SO ORDERED.


Dated: October 28, 2013

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

**CERTIFICATE OF SERVICE**

I, John P. Tustin, hereby certify that on October 28, 2013, I caused the foregoing to be served upon counsel of record through the Court's CM/ECF system.

                        */s/  John P. Tustin*
                        JOHN P. TUSTIN
                        Attorney for Federal Defendant