IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

CONSERVATION CONGRESS, a non-profit corporation;

    Plaintiff,

v.

UNITED STATES FOREST SERVICE, an administrative agency of the United States Department of Agriculture,

    Federal Defendant.

Case No. 2:13-CV-0832-LKK-DAD

ORDER REGARDING JOINT MOTION TO STAY BRIEFING ON PLAINTIFF'S APPLICATION FOR ATTORNEY'S FEES AND COSTS

The Court is in receipt of the parties' Joint Motion to Stay Briefing on Plaintiff's Application for Attorney's Fees and Costs. The Court finds that the parties have established good cause and hereby GRANTS the motion. Briefing is hereby STAYED on Plaintiff's application for attorney's fees and costs until November 17, 2014. At that time, if settlement negotiations have been unsuccessful, the parties will propose a briefing schedule on Plaintiff's application. That schedule will permit the parties to file additional materials, including memoranda, declarations and exhibits, regarding the application at a later time.

IT IS SO ORDERED.

Dated: August 19, 2014

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT