UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSERVATION CONGRESS, a non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES FOREST SERVICE, an administrative agency of the United States Department of Agriculture,<br><br>Federal Defendant. | No. 2:13-CV-0832-KJM-DAD<br><br>ORDER |

The court has considered the parties' Stipulation Resolving Plaintiff's Application for Attorney's Fees and Costs. ECF No. 67. The agreement is hereby APPROVED. Plaintiff's pending motion for attorney's fees and costs, ECF No. 58, is hereby DENIED as moot.

IT IS SO ORDERED.

DATED: January 12, 2015.

_____
UNITED STATES DISTRICT JUDGE

1